IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hussam Khaled Abu Alata Mahod, ) | No. CV 05-0754-PHX-MHM (ECV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Phillip Crawford and Thomas Long, ) | |
| Defendants. ) | |

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on March 10, 2005. Respondents filed a Response in Opposition (Doc. #10) on July 26, 2005. Respondents contend that they obtained travel papers authorizing Petitioner's removal to Jordan and that Petitioner would be removed from this country no later than August 25, 2005. As a result, Respondents argue that the petition would be rendered moot. On July 27, 2005, Respondents filed a Notice of Intent to Remove indicating their intent to remove Petitioner to Jordan on August 2, 2005. Respondents, however, have failed to provide evidence that Petitioner was in fact removed from the United States. They must do so before the court can determine if the petition is moot.

///

///

///

///

1 **IT IS THEREFORE ORDERED:**

2      That Respondents shall submit to the court on or before February 10, 2006, evidence
3 that Petitioner was removed from the United States. If Petitioner has not been removed,
4 Respondents shall inform the court if he remains in custody and, if so, where he is being
5 held.

6                           DATED this 2nd day of February, 2006.

Edward C. Voss
United States Magistrate Judge